Case 1:18-cr-00036-JPH-TAB   Document 138   Filed 09/05/24   Page 1 of 1 PageID #: 462

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America
v.
Jorge Huberto Chavez

Case No: 1:18CR00036-002
USM No: 16177-028

Date of Original Judgment: 11/26/2019
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Jacob Leon
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __270 months__ months **is reduced to** __248 months*__ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

**\*248 months (Count 1: 188 months; Count 2: 60 months, to run consecutively)**

Except as otherwise provided, all provisions of the judgment dated __11/26/2019__ shall remain in effect.
**IT IS SO ORDERED**.

Date: 9/5/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana